No. 462, Misc. WHITE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 472, Misc. MARSHALL v. INDIANA. Circuit Court of Randolph County, Indiana. Certiorari denied.

No. 474, Misc. LOOMIS v. EDWARDS, JUDGE. Court of Appeals of Georgia. Certiorari denied. *Homer L. Loomis* for petitioner.

No. 475, Misc. PETREK v. OHIO. Supreme Court of Ohio. Certiorari denied.

No. 480, Misc. DUTY v. ROBINSON, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 482, Misc. HENRY v. BALDI, SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 483, Misc. HOVIS v. ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 485, Misc. CREBS v. HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 487, Misc. JOHNSON v. INDIANA. Criminal Court of Lake County, Indiana. Certiorari denied.

No. 488, Misc. CAMPBELL v. ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 492, Misc. KEITH v. WYOMING. Supreme Court of Wyoming. Certiorari denied.